UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TORAN V. PETERSON,

        Plaintiff,

CASE NO. 1:10-CV-133

v.

HON. ROBERT HOLMES BELL

TROY JONES,

        Defendant.

_____/

## VERDICT FORM

We the jury after deliberating have reached the following unanimous verdict:

### I. EXCESSIVE FORCE:

1. Did Defendant Jones violate Plaintiff Peterson's constitutional right not to be subjected to cruel and unusual punishment?

    ☐ Yes     ☒ No

Note: If you answered "no," to Question 1 proceed to Section II, Question 3. If you answered "yes," answer Question no. 2.

2. Were the Defendant's acts the promixate cause of damages sustained by the Plaintiff?

    ☐ Yes     ☐ No

Peterson v. Jones, 1:10-CV-133
Verdict Form
Page two

## II. ASSAULT AND BATTERY

3. Did the Defendant assault and batter the Plaintiff?

   ☐ Yes  ☒ No

   Note: If you answered "no" to Question 3, proceed to Section III, Question 6. If you answered "yes", proceed to Question 4.

4. Is the Defendant entitled to government immunity?

   ☐ Yes  ☐ No

5. Did the Defendant prove his defense of use of suitable means by a correctional officer?

   ☐ Yes  ☐ No

## III. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS:

6. Did the Defendant intentionally inflict severe emotional distress on the plaintiff?

   ☐ Yes  ☒ No

   Note: If you answered "no" to Question 6, proceed to Section IV, Question 8. If you answered "yes", proceed to Question 7.

7. Is the Defendant entitled to government immunity?

   ☐ Yes  ☐ No

Peterson v. Jones, 1:10-CV-133
Verdict Form
Page three

IV. **DAMAGES:**

Note: If you answered "no" to Questions 1, 3 AND 6, you are done. Have your foreperson sign and date the verdict form, and alert the bailiff that you have reached a verdict. If you answered "yes" to any of Questions 1, 3 OR 6, proceed to Question 8.

8. What amount of money will fairly compensate the Plaintiff for his damages?

   Compensatory: $_____

   Nominal: $_____

Note: If you answered "no" to Question 1, you are done. Have your foreperson sign and date the verdict form, and alert the bailiff that you have reached a verdict. If you answered "yes" to Questions 1 AND 2, proceed to Question 9.

9. Did the Defendant act with malice or reckless indifference to the Plaintiff's federally protected rights such that punitive damages should be assessed against the Defendant?

   ☐ Yes    ☐ No

   Punitive: $_____

Dated: 9-24-2013                    _____
                                    Jury Foreperson